UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RACHEL KIRK,

        Plaintiff,                              Case Number 19-13432

v.                                                 Honorable David M. Lawson

BOLLINGER MOTORS, LLC and
ROBERT BOLLINGER,

        Defendants.

_____/

## ORDER OF DISMISSAL

Pursuant to the stipulation of the parties, it is **ORDERED** that the case is **DISMISSED WITH PREJUDICE** and without costs to any party.

                                                         s/David M. Lawson
                                                         DAVID M. LAWSON
                                                         United States District Judge

Dated: May 26, 2020

Stipulated to by:

s/Maia Johnson Braun
Attorney for the Plaintiff
Gold Star Law
2701 Troy Center Dr, Suite 400
Troy, MI 48084

s/Howard W. Burdett, Jr.
Attorney for the Defendants
Howard & Howard
450 West Fourth Street
Royal Oak, MI 48067